# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

DATE: 11/4/2019

| MAGISTRATE JUDGE | COURT REPORTER: Digital Recording |
|---|---|
| **Christine A. Nowak** | COURTROOM DEPUTY: K. Lee |
| USA v. Gary Collin Bussell (1), Scott Perras (3), Lisa Young (7), Todd Shewmake (10) | 4:19CR264 SDJ/KPJ |

| ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
|---|---|
| Jay Combs, AUSA | Taly Haffar, Retained for 1; Denise Benson, FPD for 3; Erin Hendricks, Retained for 7; Derek Staub, Retained for 10 |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: DETENTION HEARING |
|---|---|
| 9:57 a.m. | Case called. Government persists in request to detain defendants and has received pretrial services reports. Defense counsel have reviewed pretrial services reports and have no objections. Parties agree this is a presumption case and defense counsel have discussed presumption with their clients. Ms. Benson proffers Exhibit 1 on behalf of Defendant 3. |
| 10:00 a.m. | Government calls witness - David Roach. Witness sworn. Direct examination by Mr. Combs. |
| 10:48 a.m. | Court addresses Mr. Combs. Cross examination of witness by Mr. Haffar. |
| 11:00 a.m. | Cross examination of witness by Ms. Benson. |
| 11:06 a.m. | Cross examination of witness by Ms. Hendricks. |
| 11:14 a.m. | Cross examination of witness by Mr. Staub. |
| 11:23 a.m. | Court addresses witness. |
| 11:25 a.m. | Continued cross examination by Mr. Staub. |
| 11:26 a.m. | Witness steps down. Mr. Haffar proffers testimony of Defendant Bussell's parents. Mr. Combs objects to proffer of evidence. |
| 11:27 a.m. | Ms. Benson calls witness - Diana Chavez. Witness sworn. Direct examination by Ms. Benson. |

| TIME: | MINUTES: DETENTION HEARING |
|---|---|
| 11:34 a.m. | Cross examination by Mr. Combs. |
| 11:40 a.m. | Bench conference. |
| 11:45 a.m. | Court admonishes witness regarding right to remain silent. Defendant verbalizes understanding. |
| 11:46 a.m. | Ms. Benson requests no further questioning of Ms. Chavez and withdraws Ms. Chavez as proposed third party custodian. Ms. Benson calls next witness - David Perras. Witness sworn. Direct examination by Ms. Benson. |
| 11:56 a.m. | Cross examination of witness by Mr. Combs. |
| 11:59 a.m. | Witness steps down. Court allows Mr. Haffar to make proffer of testimony. Mr. Bussell's parents are willing to serve as third party custodians. |
| 12:01 p.m. | Ms. Hendricks proffers testimony of Ariel Valdez. Ms. Valdez is willing to serve as third party custodian. |
| 12:03 p.m. | Mr. Staub calls witness - Patrick Shewmake. Witness sworn. Direct examination by Mr. Staub. |
| 12:10 p.m. | Cross examination of witness by Mr. Combs. |
| 12:14 p.m. | Witness steps down. Mr. Staub proffers information regarding additional proposed third party custodian. |
| 12:15 p.m. | Court hears arguments of counsel. |
| 12:39 p.m. | Court finds that Defendant Bussell shall be detained, Defendant Perras shall be released, and the matter of detention pertaining to Defendants Young and Shewmake shall be taken under advisement until Wednesday, November 6, 2019. Defendants Bussell, Young, and Shewmake remanded to custody. Government requests stay of release of Perras. Proposed conditions of release proffered to parties. Parties have no objections to conditions if release is ultimately ordered by district court. Government will file appeal within 48 hours. |
| 12:42 p.m. | Defendant Perras remanded to custody. |

DAVID O'TOOLE, CLERK

BY: Karen Lee
Courtroom Deputy Clerk