DEFENDANT'S
EXHIBIT
Perras - 1

Honorable Judge,

I want to start this letter off by saying how much I love my brother, he truly is my best friend, and the best brother I could ask for. It is extremely difficult for me to put into words how heartbroken I am to have my brother ripped away from us. My brother is a good, caring, loving, smart, and hardworking man. He is a person I know that I can count on the most, no matter what the situation may be, he has always been there for me and been one of my biggest supporters.

My brother, his girlfriend Diana, her daughter Alyson (Scott's stepdaughter), my daughter Layla, myself, and most recently my boyfriend Xavier all share a home together. I see my brother day in and day out being the most incredible stepdad to Alyson, spending countless hours with her. From taking her to school in the morning, to coming home and helping her with her homework, to playing all of the video games she wants. Everyday I see my brother loving Alyson whole heartedly as if she was truly his own. He is also the most amazing uncle to my 4 year old daughter, Layla. He is a huge support in our lives and a huge part of raising my daughter. Anytime I have ever needed help with Layla my brother is always the first to offer. Never turning down an opportunity to spend time with her and Layla absolutely adores him. Everyday since he has been gone she has asked me when her uncle will be home. It makes my heart full watching the two of them play together and bond over the love they share for animals and all of our pets in our home. Every fiber of me trusts my brother with my daughter. When she is with him I know she is being loved and cared for.

My brother is truly dedicated to his family. I see him everyday leaving early in the morning for work to go to his day job at Netrio, and then come home and work endless hours on his computer managing different websites for different companies. He is one of the hardest working people that I know. He works tirelessly and extremely hard to provide for his family and to make sure everyone's needs and wants are met. On top of all of the hard work he does in his jobs, he is also working hard at school and is currently taking classes to reach is life long goal of becoming a Senior IT Engineer. Which I know he will accomplish.

My brother has the biggest heart and sees the best in every person that he meets. It pains me to know that some of these friendships have landed him in a situation that could be completely life altering for him as well as everyone who loves him, but I know for a fact that my brother will learn from this.

I hope this letter gives you insight on the person Scott is. He goes above and beyond for his family and friends. We are all extremely heartbroken by this situation but I hope you take this letter into consideration when you make a decision about my brother. Thank you for taking the time to read this.

Sincerely,
Morgan Perras

Diana C Chavez
4600 Bellcrest Dr.
Mckinney TX, 75070

November 1, 2019

To whom this may concern:

I have known Scott David Perras for five years. We have been in a
relationship for that long and I have no doubt that everything that is
happening right now is nothing but a big mistake. I know he is innocent, he
has showed me and proved to me that he is a good man, a great friend,
extremely responsible, honest and an amazing stepfather to my ten year old
daughter, Alyson, who he adores.
Scott has completely changed my life for the better and I know for a fact
that I have changed his life too.
He is currently working for Netrio Company as a network support engineer.
He has been with them since June of 2019 and he has been told that he is
one of their best employees. They have even offered him a big promotion,
which he was looking forward to and felt very proud.
Scott has also worked for AT&T, he stayed with this company for almost five
years, but he decided it was time to move up. He is always trying to move
up, he wants to better his life each and every day and I admire that about
him.
Scott has an online job also designing websites, he is currently working for a
skin care company called Stop Guessing and he is responsible for building
the website and taking care of customers.
He has never been involved with drugs, I know he has smoked marihuana in
the past but I made him clear from day one that I was not okay with it.
Anything that has to do with breaking the law to me is serious, and
completely unacceptable. He knows he needs to be a good example to my
daughter and be a leader not a follower.
In his free time we love to spend as much time as we can together, he also
enjoys playing video games with my daughter and going for rides in his
truck. I am so heartbroken because my partner is not with me at this
moment, he is my rock, my support, my entire happiness and I am praying
everyday for him to come home.
Thank you for taking the time to read this letter. Kindly consider his
situation, when making your decision.

Yours sincerely,

Diana C Chavez

Dear Honorable Judge,

Thank you for taking the time to read this; I just hope to attempt and shed, at minimum, a sliver of light on the character of Scott Perras. My name is Xavier Escamilla. I currently reside in the same household as Scott, and while I admit, I have known him only 2-3 years. I see him everyday. I see him up late doing work for his school, his second job, progression on the life of his family, etc. I see him under vehicles and vehicle hoods ensuring transportation to and from work places. I see the way Alyson (girlfriend's daughter) and Layla (niece) adore him due to countless hours spent together. I see someone I can look to for guidance in my own role as a stepfather and uncle. I see his willingness and eagerness to assist his sister and I with his niece Layla. Whether it's with his time, patience, or his ear drums from a piercing whistle. Unfortunately, I see Scott in the worst wrong place, wrong time situation I could ever imagine. As someone in a home with Scott from the moment he returns from his career job at Netrio in the evening until the time he leaves in the dawn. I see a man who life's experiences may have hindered him in the distant past; but before he was suddenly removed from his family, they were empowering him. I saw in his day to day decisions. Scott will continually want and provide the best for his family. Truly someone I see myself continuing to seek for: guidance, opinions, stories, teachings, advice, etc. I just hope you see as great and honest of a man as I do.

Sincerely,
Xavier Escamilla

**From:** Fred Scarf <fred@skedtap.com>
**Date:** November 3, 2019 at 2:26:17 PM CST
**To:** perrasmorgan@yahoo.com
**Subject: Scott Letter**

To whom it may concern,

I have worked with Scott Perras for the last 6 month as my Executive/Administrative assistant and I write this character reference letter to express my support.

Scott has done operations tasks work on behalf of my company for the past 6 months. We've worked together on my California based skincare company, Stop Guessing Skincare. I first started working with Scott soon after he was hired by a recruiter who has previous experience as a military officer in the Air Force. Throughout this continuous (and continuing) working relationship, I have not only developed a great respect for Scott as an employee, as provider for this family, but also as a human being. I consider Scott  a close personal friend.

When Scott is not working or with his family, Scott is taking classes to advance his career. Scott studies and works on the weekends. I leave work grateful for the experience for working with Scott.

Scott is a man that frequently volunteers and strives to contribute to our community. For Stop Guessing Skincare, Scott is spearheading our partnership with Larkin Street Youth, which is a nonprofit that aims to help homeless youth exit street life. You can learn more about Larkin Street Youth at LarkinStreetYouth.org

Scott is a good person. He has demonstrated honesty, integrity, and fairness in more than the hundreds of interactions in which I have been directly involved.

Thank you, Your Honor, for taking these thoughts into consideration

Respectfully,
Frederick Scarf

November 2, 2019

To whom it may concern:

My name is Tyler Allsop, I have known Scott Perras for about five years. Scott has been an excellent step father to my daughter. I am shocked to learn of the charges being brought against him and find it extremely difficult to believe that he is part of some criminal organization. In fact I would go as far to say it is impossible that his role played any prominent significance in the events that have transpired. I hold Scott in high regard. He has worked hard to advance his career and education and I could not think of a better person to be of influence to my daughter. I pray whole heartedly that your ruling found is fair and just I also hope the ruling is made in with consideration of the lives it will touch.

Yours truly,


Tyler Allsop

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

Case 4:19-cr-00264-SDJ-KPJ


Re:  Scott Perras


My name is James Perras and I am Scott's uncle.  I was there when he was
born and watched him grow up a happy child.  When his parents got
divorced, the way his mother just left the children, it was especially
hard on Scott.  Because of the way it ended he suffers from anxiety and
depression.  His late teens and early twenties were difficult, but he was
able to persevere and has turned out to be a very respectable young man.
He's got himself a great girl, and he has taken on the role of father for
her little girl.  He's got a great job that he actually enjoys and is
turning out to be quite the family man now.

His past may have been difficult, but a drug dealer was never part of it.
Ever.  The fact that he may know someone who is doesn't make him one.  It
just means he knows a guy.  We all know people.  I've read the indictment
and I've seen the news articles, and for the life of me I can't see how
simply knowing a guy would ever put someone in the predicament Scott's in
right now.  They have cast too wide of a net.


Thank you for your consideration,
James Perras

11/1/2019

To whom it may concern,

Scott David Perras

Scott is one of my closest friends, and workplace associate. I have known him for 13 years. He is incredibly hard working and dedicated to everyone in his life. He is always trying to better himself, and the lives of those around him.

In the time that I have known Scott, he has proven to be an extremely valuable asset both as a friend and in the work place. He holds two jobs, goes to school, and provides for his family. On top of all that he makes time to develop meaningful relationships with those he comes in contact with. He has helped me find gainful employment more than once, and I would not be where I am without him.

Scott cares deeply for the people around him, and is consistently finding ways to make a positive impact on others.  I have a great deal of respect and nothing but good things to say about him I know there would be a hole that could not be filled left in everyone's life without him.

Sincerely,

Christopher Trauffer

Michael R. Trauffer
903-267-9057

To whom it may concern:

This letter should be considered a strong and positive character reference for Scott David Perras.
I have known Scott since he was a young boy and have always considered him one of the more
upright and trust worthy young men in the neighborhood.. I would be exceedingly surprised if he
were actually guilty of any bonafide criminal activity.

Sincerely Michael R Trauffer RT(R)(CT)(MR)

November 2, 2019

To: Honorable United States Magistrate Judge Nowak

From: Mrs. Lisa L Perras

Re: Case 4:19CR, regarding Scott David Perras

Dear Judge Nowak,

I am writing to you today regarding my stepson Scott Perras, I am his stepmother of 15 years and have always been very close to Scott and see him often. In this matter to which he is accused we are shocked and in disbelief. Scott would never do the things to which he is being accused of. Scott is a loyal and faithful son and works full time and takes good care of his family.

Scott is a good person and would never do anything intentionally to hurt another person, it is just not who he is. I will tell you Scott has severe anxiety which I myself suffer from. Scott, after trying many medications from his doctor for anxiety did find that medicinal marijuana helped him greatly and he started using that as needed. This greatly helped Scott with his college classes and finally getting his dream job.

Scott has always worked many hours and sometimes two jobs to achieve his goals. He has a very long loving relationship with his girlfriend and takes great care of his stepdaughter. Scott is a family man not a drug dealer. The people who he is accused of being involved with in this case is simply just not true, he only knows one of them. I implore you to look at the evidence very closely before passing judgement on

my stepson. I know you will do what is required and appropriate for any part he may have played in knowing this one defendant in this case. Scott will do whatever is necessary to help set an example and to help others with his experience. Thank you for your time in this matter.

Sincerely,

Lisa L. Perras

November 2nd, 2019

The Honorable Magistrate Judge Christina A. Nowak

United States District Court

Eastern District of Texas

Sherman Division

Regarding U.S. v. Scott Perras, Case 4:19CR

Dear Judge Nowak,

I am writing you this letter with the hope that it gives you some insight into the real Scott Perras and the kind of character that he has.

First off, Scott is one of the most loving and caring individuals you would care to meet. He is loved tremendously by his family and by all who know him. He has turned out to be quite the family man, caring for not only his stepdaughter Alyson as if she were his own, but he is devoted and loving towards Alyson's mother Diana Chavez. Alyson calls him daddy and she does that for a reason – because he exudes fatherly love and oversight. In addition, Tyler Allsop who is Alyson's biological father has also written a letter vouching for Scott's character as he has come to know Scott as the loving and caring father figure that he truly is. My son Scott has made me proud on too many occasions for me to recall. His persistence and dedication to those he loves and to his goals is outstanding. He is a wonderful son and he is the first to ask me if I need anything. He babysits regularly for his 4-year-old niece Layla as well, and she loves him to pieces as we all do.

Scott is ambitious and goal oriented. He has always worked hard to climb toward his dream job of being a senior network engineer. He has always mentored others and helped them excel in their jobs. He has several good friends that he has helped find jobs as well. He cares for people and he wants those around him to be the best they can be. He attends Collin College, paying his own way to achieve a bachelor's degree in information technology. About six months ago, he resigned from his job at AT&T to take a job at Netrio, a networking and data center company in Mckinney, TX. In the short time that he has been there he has been called out as a rising star and is already in the running for a nice promotion. His boss sees the potential in Scott that we have all known about his entire life. When Scott is not working at Netrio, he is home working a 2nd job as a web site designer for a skin care company and of course spending time with his family. This leaves little time for other endeavors, though he does enjoy skydiving – a sport that he took up about a year ago and every few weekends he gets-in a jump or two.

Scott does suffer from anxiety and depression and has been medical care for it and I very much worry about this. He has handled it well, though he has been known to occasionally use

marijuana and though I am against its use, he believes that it helps him with his anxiety.  Scott had recently become reacquainted with Ben Westin who apparently also sky dives.  Prior to this, my understanding from not only him but his entire circle of friends is that he hadn't had any association to Ben since graduating high school many years earlier.  The events that occurred that has led to his arrest and indictment are tragic.  I can tell you with absolutely certainly that Scott is not a drug dealer, nor would he ever knowingly or intentionally put another human being in harm's way.

With warmest regards,

David Perras

# Dear People Who Are Reading This Message,

Hello people! My name is Alyson Allsop, I am 10 years old and I have the most wonderful stepdad ever. This man makes my mother, me, his sister and his family happy, he is a boyfriend, friend, a son, a stepdad and a brother. Scott takes me to school everyday and brings me back home too! He sometimes even spoils me, by getting me toys that I don't need but want. At the dentist, I remembered, that the pain in my teeth hurt so bad that I had started to cry when he said he'd buy me one of my favorite toys to make me feel better. If you don't have a stepdad this cool, your missing out that's for sure. I know that I don't tell Scott that I love him most of the time, but now I am truthfully and confidently saying that I love Scott and he needs to come back home for he is a wonderful person. I know that Scott loves playing video games, he's the reason why I started playing Animal Crossing and Mario. Sometimes he'd even let me stay up with him playing video games just because it was so fun!

You can not accuse someone of doing something they didn't do. My point here is not to be harsh but to prove my point that the man sitting or standing right over there is innocent and is not guilty because I've seen the goodness he carries and it's amazing let me tell you. So no I don't believe he is guilty, I truly believe he is innocent. I will do ANYTHING in my power just to bring him back home, where he can feel safe and everything can go back to normal. I miss my step dad too much that I ask myself, is he ever going to come home one day? And that REALLY scares me. I love my step dad with all my heart, you may take him from me for I have no strength but you will never rip him out of the special place in my heart, he will forever stay there. He will stay in my heart and in my mind, that's a promise. The sad part is really when he said 4 last words to me when he was taken away. I. LOVE. YOU. ALY.

This my point that I love my stepdad and he should come back home because we need him, we all love Scott Perras!

Thank you for letting me speak and giving me the opportunity to say I love you Scott, to Scott Perras, Thank you

-Alyson

Lydia Rife

601 W. Oklahoma Ave Apt# 4308

Weatherford, Oklahoma 73096

November 2, 2019

To whom it may concern,

    My name is Lydia Rife, and I am the step sibling of Scott Perras. I've known Scott for most of my life, and he has always been a selfless individual with nothing but the best intentions. He cares deeply for those around him and is always willing to help anyone in need.

    Even with the current situation in mind, it is my firm belief that Scott Perras is an honorable man, a valuable member of our family, and a good human being.

Sincerely,

Lydia Rife

From: **diana** --- diana_1744@hotmail.com
Subject: Fwd: Character witness, Scott Perras
Date: Nov 2, 2019 at 9:05:58 PM
To: Dave Perras daveperras@icloud.com

Get Outlook for Android

**From:** Kelly Stinehelfer <kellystinehelfer@yahoo.com>
**Sent:** Saturday, November 2, 2019, 5:18 PM
**To:** diana_1744@hotmail.com
**Subject:** Character witness, Scott Perras

11/01/2019

To whom it may concern,

    My name is Kelly Stinehelfer and I am writing this character letter in regards to Scott Perras. I am fully aware of the charges placed against him. I have known Scott for a little over two years and I know him through my very good friend and co-worker, Diana Chavez, who is his girlfriend. I can vouch for him and say that he has shown nothing but great characteristics within the times I have spent with him. Over the years I have spent ample amounts of time with Diana and Scott inside and outside of their home and at no moment did I ever see or hear anything unusual, concerning, or suspicious. Scott has been a decent, hardworking, and trustworthy person every time I have seen him.

    I can further state that Scott has been an immensely dedicated family man as I have witnessed him being an amazing father figure to Alyson, which is Diana's daughter from a previous relationship. He treats her as his own and is always helping care for her, play with her and make her laugh, and even helps take her to and from school. Scott currently works hard at two jobs to help provide for himself, Diana and Alyson.

    To my knowledge, Scott has been known to be a helpful, caring person who is much enjoyed by many people including family, friends, and coworkers. If you have any questions or need further information please feel free to get in touch via call or email.

Faithfully written,
Kelly Stinehelfer
kellystinehelfer@yahoo.com
346-814-6841

From: **Ryan Robertson** <ryana.robertson86@gmail.com>
Date: Sun, Nov 3, 2019, 12:34 PM
Subject: Scott Perras Character Witness Letter
To: <diane_1744@hotmail.com>

To whom it may concern:

I've had the pleasure and privilege of knowing Scott for over 5 years. We met as co-workers and quickly became friends. I know him to be an amazing, hardworking, trustworthy, responsible, honest, loving, loyal, dedicated family man and friend.

While working together for a short time his energy, wit, knowledge and friendliness drew everyone to him. We we on the same team and his willingness and dedication to help anyone, without hesitation or judgement, were just a few characteristics that built our relationship.  Scott is the epitome of trustworthy, honest and responsible.

Over the years he has been consistent with the same attributes. I've only known Scott to have his hand out in order to help someone up. I not only trust Scott as a person i truly trust him as a friend. Scott was never given me any doubt or a reason to second guess he's not the man i know him to be. He lights up when talking about his girlfriend, her daughter, that he loves like his own, work and life in general.

I know if i were to call him, even right now, needing a listening ear, something to eat or help with a situation he would step up and be there. I have very few people that i can depend on like i can Scott.

Sincerely,
Ryan Robertson

To whom it may concern:

    I have known Scott Perras for the last four years. From the time I've known him he has been a hard worker that shows initiative by being there every day. Scott works those long hours to be able to provide for Diana, and Alyson. Not only that, but Scott has two jobs which shows you how committed he is in his work, and how he strives to succeed in life. Scott showed to be a great father figure for Diana's daughter, he enjoys doing family events and is always there to take care of them. From times that I've been to their home I have seen how he interacts with Alyson which only shows you what a great person he is inside and out. Along with working two jobs Scott is also enrolled in College doing online courses. That alone should shows you that he is a hard worker, and how dedicated he is in life. Thank you for taking the time to read this letter. Sincerely,

        Maria Lopez

11/2/19

To Whom It May Concern

I have known Scott Perras since high school, and I can affirm that he is a very dedicated individual with good moral fiber. He is also a very honest and loving friend. I consider him a brother for all the help he has given me along the way, and I am also very thankful because of all the things he does for everybody, especially my sister Diana Chavez. Scott Perras helps my sister with my little niece Alyson Alsop, with her homework, drives her to school, picks her up from school, gives her advice, makes her laugh, the list is endless. Alyson has grown very attached to him. He has been a wonderful father figure to her for the last 4 years.

Scott Perras went out of his way to help me get a job at the company where he works, called Netrio. Since I do not have a lot of experience with networks, he also offered to help me, so I can move up and get where he is. After work, he designs websites for people on a free lancing site called "www.upwork.com". Scott is also studying computer and network systems to keep moving up at work.

Every time I come by to visit, Scott is always studying or working on his second job. He has been my inspiration to work harder and move up in life. He is a very honest person and he is loved by his family and friends.

If there are any further questions, please feel free to contact me.


Sincerely,

Diego Chavez
809 Grassy Glen Dr.
Allen, Texas 75002
4693286045
bmxs5@hotmail.com

Honorable Judge,

This is letter is on behalf of our grandson Scott Perras. How hard to put all your feelings and incredible love on paper and have you or anyone else care and know who he really is because your not part of his life.

This is a young man who has a loving caring spirit, gentle soul, that has grown into a fine young man who was lucky to find a young lady Diana and her daughter Alyson to become part of his love and taken on the role of being another parent to Alyson and the life they enjoy together. Also his sister our grand daughter Morgan has a beautiful daughter our great granddaughter Layla who loves Scott as he loves her. Scott has helped his sister out on many occasions with watching over Layla because of scheduling with Morgan's job. No mother that loves their child entrusts their children with someone they don't trust. Morgan and Layla now share a home with Scott, Diana, Alyson & Layla. This is loving home with the adults having stable jobs and who help each other. How lucky for these two young kids to have this loving caring environment. Never mind the fact that are witness to his hard work and his dedication to on line classes, as well as day job provides a role model for them.

Scott for some time now has been working on taking on line classes to further his education and his goals. He recently found another job after working for some time for another company for few years with reliability and hard work chose to move and secure another position which allows for more growth and provides different challenges and more opportunities and spotlights his talents.

Not too long ago Scott discovered a hobby! passion! which is sky diving. He has shared with me how facing fear taking the plunge "literally" is so freeing and awesome. I have said to him my concern for his safety on this he chuckles and said OH! GRANDMA I wish you would do this and with me and how wonderful freeing and quiet and beautiful this is. Hard to find many friends who want to share this as fear of helpless and possible falling to your death! I have watched his video of being on plane then the jump hearing his voice and excitement all the while I'm thinking OH! MY! GOD! I'm terrified of heights and the idea of jumping out is something I will never ever know or do. But I have told him happy he has something that he loves enjoys because we all need that "something" to have that is our very own. Diana and Alyson have watched him do this cheer him on from the ground and that is what I do too from the ground!

While we live in different states the love we feel from him the phone calls to talk on special occasions  or just because. The following on instagram since I don't do face book and have to do something with grandkids to keep up on other times of goings on with day to day life while waiting for another phone call and his voice and his love and sharing. We keep in touch as he knows we love to hear the day to day events and hearing each other voice.

Scott is so special for so many reasons one being our very first grandchild and while we have more grandchildren we love very much they all have that place in your heart. He was the first and the feeling when you have your first grandchild that you never knew could make you feel the way you do and paved the way for the rest of taking over your heart. All of our grandkids are and have special place and pride and love you have. Scott is and has been on journey of growth, commitment of educating himself with classes and life and love with his family. BEST OF ALL the path, journey he has taken with his life is filled with love.

Their is so much to want to share and provide about this young man who is so loved by us and his family and be heard and of course its family saying this and expect nothing else from family to have your best interest and love. Just know he is good man, caring man, loving man, responsible, hard working and we want him to know how so loved he is.

Proud Grandparents of Scott Perras
Steve & Pam Smith

Dear Judge:

I have known Scott Perras for over 5 years. We met as coworkers and were teammates. Our association quickly grew to that of great friends. Since I've known him he has always had a positive vibe about himself and a positive outlook on life.

Scott Perras is a nonjudgmental person and is a helping hand to those in need. To him it doesn't matter if you are a coworker, friend or stranger. If he can help he definitely will. In the time that I've known Scott Perras, he has helped me through some difficult times of my life battling depression and anxiety. He listened and while doing so also made me smile, he reminded me of my strength and gave positive words of encouragement to continue on.

Despite this current case, it is my sincere hope that the courts takes this letter into consideration. I still believe Scott Perras to be an honorable individual and a good human being. I understand the importance of this case and I hope that this letter helps you see the type of person Scott Perras truly is.

Sincerely,

Amia T. Gipson

To whom it may concern,

I am writing this short letter to address the court on the character of my dear friend Scott Perras. Scott is a hard working man with a full time job and still maintains a healthy social life. I've known Scott for 12 plus years now and we haven't always seen eye to eye on things but when it comes to the safety/well being of others Scott time and time again has showed that he puts others before himself. Scott used to be more rambunctious and wild when he was younger and I can honestly say that watching him slow down and be a little more cautious and self-aware has been a pleasure. Scott has been in a committed relationship with Diana for many years now and Scott did one of the most difficult things ever which was learning how to love and care for another person's child as if they were your own. The idea that Scott could be accused of what he is being accused of baffles and confuses anykne who actually knows him well enough. I'm very sorry that the crimes that were committed were committed but I implore the court to dig up more evidence and find different suspects because with Scott Perras, you have the wrong man!

sincerely, Joshua Marriott, josh_marriott@sbcglobal.net

From: **diana** --- diana_1744@hotmail.com
Subject: Fwd:  Scott Perras Character Witness Letter
Date: Nov 3, 2019 at 4:25:12 PM
To: **Dave Perras** daveperras@icloud.com


Get Outlook for Android

---

**From:** Isaac gebert <senators_r@hotmail.com>
**Sent:** Sunday, November 3, 2019 3:41:59 PM
**To:** diana_1744@hotmail.com <diana_1744@hotmail.com>
**Subject:** Scott Perras Character Witness Letter


My name is Isaac, I have known Scott since High school and he has always been a really good friend to me. Scott has never done anything to harm anybody whatsoever. He is an honest, hard working individual and a fantastic father figure to his girlfriend Diana's daughter and has always been a kind and considerate person to everybody I've known including myself throughout the years. He has always been genuine friend who I've had great pleasure knowing.


Sent from my iPhone